UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


DANIEL PACHECO,

       Petitioner,

v.                                                      Case No. 2:06-cv-43
                                                        HON. R. ALLAN EDGAR
JEFF WHITE,

       Respondent.
_____/


## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action on March 3, 2006. The Report and Recommendation was duly served

on the parties. The Court has received objections from petitioner. In accordance with 28 U.S.C. §

636(b)(1), the Court has performed de novo consideration of those portions of the Report and

Recommendation to which objection has been made. The Court now finds the objections to be

without merit.

       THEREFORE, IT IS ORDERED that the Report and Recommendation of the

Magistrate Judge (Docket #3) is approved and adopted as the opinion of the Court.


Dated:    3/22/07                           */s/ R. Allan Edgar*
                                                        R. ALLAN EDGAR
                                                        UNITED STATES DISTRICT JUDGE